

Joseph H. Mizrahi – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

April 27, 2022

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    *Abreu v. Gib's Distribution LLC;* Case No. 1:22-cv-01102-LJL

Dear Judge Liman:

    We represent plaintiff Luigi Abreu ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for May 4, 2022, at 2:30 p.m. The parties request this adjournment since Defendant's answer was due on March 30, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Gib's Distribution LLC,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

    Thank you for your consideration in this matter.

                                Respectfully submitted,
                                */s/ Joseph H. Mizrahi*
                                JOSEPH H. MIZRAHI

cc:    All Counsel of Record (via ECF)

The request is GRANTED.  Plaintiff shall file and serve on Defendant any motion for default judgment by May 25, 2022.  Defendants shall file any opposition to such motion by June 8, 2022.  The Court will hold a hearing on the motion for default judgment on June 13, 2022 at 11:00 a.m.  The parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101#.

Plaintiff is directed to serve a copy of this Order on Defendant.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge
4/29/2022